**Dismiss and Opinion Filed September 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00357-CV**

**MICHAEL D. RODGERS SR., Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00429-B**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion Per Curiam

The Court has before it appellee's September 9, 2013 motion to dismiss appeal as moot

and for failure to prosecute. Appellant has not responded to the motion nor filed his brief, which

was due on May 1, 2013. The Court accordingly **GRANTS** the motion and **DISMISSES** this

appeal. *See* TEX. R. APP. P. 42.3.

130357F.P08                                                                 PER CURIAM



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL D. RODGERS SR., Appellant

No. 05-13-00357-CV      V.

BANK OF AMERICA, N.A., Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-00429-B.
Opinion delivered Per Curiam. Justices Bridges, Fillmore and Lewis sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA, N.A. recover its costs of this appeal from appellant MICHAEL D. RODGERS SR.

Judgment entered September 24, 2013

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE